# United States District Court
## For The District of New Mexico

DAVE JUSTICE,

      Plaintiff,

vs.                                                 Civil No. 18-CV-286-F

MIZUHO BANK, LTD., and MARK KARPELES,

      Defendants.

## JUDGMENT IN A CIVIL ACTION

The Court having granted Defendants' Motion to Dismiss Plaintiff, Dave Justice's claims on November 13, 2018 and the Court having ordered that Plaintiff's Complaint be dismissed for lack of jurisdiction. This case is dismissed without prejudice.

Dated this 13th day of November, 2018.

_____
*Clerk of Court or Deputy Clerk*